IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              No. 3:17-CR-30010-009

BOBBY GENE ELLIS, JR.                                                                        DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 112) from United States Magistrate Judge Mark E. Ford. Both parties have waived the right to object for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 111).

The Court has carefully reviewed the plea agreement and other filings in this case and finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 30th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE